654

(126 So. 926)
## E. E. McNEEL v. CITY OF BIRMINGHAM.
### 6 Div. 799.

Court of Appeals of Alabama.
Feb. 24, 1930.

PER CURIAM.
Appeal dismissed on motion of appellant.

(120 So. 925)
## Tiney McQUEEN v. STATE. (1 Div. 826.)

Court of Appeals of Alabama. Feb. 26, 1929.

BRICKEN, P. J. Appeal dismissed on motion of appellant.

(126 So. 926)
## Morris McVAY v. STATE.
### 4 Div. 667.

Court of Appeals of Alabama.
Feb. 20, 1930.

PER CURIAM.
Appeal dismissed on motion of appellant.

(127 So. 923)
## Henry McVEY v. STATE.
### 8 Div. 865.

Court of Appeals of Alabama.
March 4, 1930.

SAMFORD, J.
Affirmed.

(123 So. 926)
## Frank McWHORTER v. J. Russell McELROY, Judge, etc. (6 Div. 494.)

Court of Appeals of Alabama. June 25, 1929.

Cora R. Thompson and T. J. Lamar, both of Birmingham, for petitioner.

Horace C. Wilkinson, of Birmingham, for respondent.

PER CURIAM. All of the questions presented have been decided adversely to petitioner's contention in the cases of Ex parte Von L. Thompson et al., ante, p. 46, 121 So. 429; Ex parte Morris, etc., ante, p. 95, 122 So. 606; Morris v. McElroy, 219 Ala. 369, 122 So. 608. On authority of these cases, the petition in this case is dismissed, and the writ of mandamus is denied.

Petition dismissed. Writ denied.

(124 So. 923)
## L. MAISEL v. Henry BENDER et al. (1 Div. 844.)

Court of Appeals of Alabama. Nov. 14, 1929.

PER CURIAM. Appeal dismissed for want of prosecution.

(120 So. 925)
## Lee MALONE v. STATE. (1 Div. 843.)

Court of Appeals of Alabama. Feb. 26, 1929.

BRICKEN, P. J. Appeal dismissed on motion of appellant.

(121 So. 923)
## Frank MANCIL v. STATE. (4 Div. 378.)

Court of Appeals of Alabama. April 2, 1929.

SAMFORD, J. Affirmed.

(124 So. 923)
## John C. MANGELDORF v. Lennox C. JEFFREY. (1 Div. 864.)

Court of Appeals of Alabama. Nov. 14, 1929.

PER CURIAM. Appeal dismissed for want of prosecution.